HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ANDREW WONG, CA SBN #308269
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
THOMAS A. BURTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-po-00114-SAB |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PROBATION; ORDER** |
| vs. | |
| THOMAS A. BURTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for Thomas Burton, that the Court modify the terms and conditions of Mr. Thomas's probation to require proof of community service by February 16, 2018. Mr. Burton's probation expires on April 19, 2018 and a review hearing is set for April 6, 2018.

Due to a misunderstanding between Mr. Burton and defense counsel, Mr. Burton believed he was able to fulfill his community by cleaning up trash at local hospitals, public streets, and wilderness trails. Mr. Burton performed this work on his own volition and not through an organization. Consequently, Mr. Burton is not able to obtain a verification signature from a supervisor or other person responsible for his work. His wife is able to attest to this good-faith effort to fulfill his obligations. The parties agree that this work does not satisfy the

community service requirement.  The parties also agree that Mr. Burton is in compliance with all other terms of his probation.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 15, 2017

*/s/ Jeffrey Spivak*
Jeffrey Spivak
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 15, 2017

*/s/ Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
THOMAS A. BURTON

# **O R D E R**

The Court hereby grants the parties' request to modify the conditions of Mr. Burton's probation to require proof of community service by February 16, 2018, consistent with the Court's community service requirements and verified through its verification form.

IT IS SO ORDERED.

Dated:  **December 15, 2017**

UNITED STATES MAGISTRATE JUDGE